JAGERSON FUEL COMPANY, Respondent, vs. BRANHAM, Appellant.

For the appellant: *A. J. Whitcomb* of Milwaukee.
For the respondent: *Ray C. Dempsey* of Antigo.

*By the Court.*—Judgment affirmed.